AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>William Theodore Nicely, a/k/a/ "BJ" Nicely<br><br>Defendant(s) | Case No.<br>4:14-mj-00195 |

RECEIVED
14 AUG 14 AM 11: 31
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of between 10/29/2013 and 11/09/2013 in the county of Jefferson in the Southern District of Iowa, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b). | The defendant, William Theodore Nicely, a/k/a/ "BJ" Nicely, used an instrumentality or means of interstate or foreign commerce, namely the Internet and Facebook, to knowingly persuade, induce, or entice a minor, who had not attained the age of 18, to engage in a sexual activity for which any person can be charged with a crime, or attempted to do so. |

This criminal complaint is based on these facts:

See affidavit, attached and incorporated by reference

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas J. Reinwart, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/14/2014

City and state: Des Moines, Iowa

_____
Judge's signature

Ross A. Walters, U.S. Magistrate Judge
_____
Printed name and title

# AFFIDAVIT OF THOMAS J. REINWART

Your Affiant, Thomas J. Reinwart, being duly sworn, deposes and states:

1. **Affiant's Background.** I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and am assigned to investigate matters occurring in the Southern District of Iowa, which includes Jefferson County, Iowa, in which the FBI has investigative authority. I have been a Special Agent with the FBI for fourteen years and am currently assigned to the Omaha Division / Cedar Rapids, Iowa, Resident Agency. I have seven years of law enforcement experience at the local level prior to joining the FBI. I am responsible for investigating violent criminal offenses, including offenses against children, and have participated in such cases as kidnapping, enticement, and sexual exploitation matters. The information set forth below was obtained by other law enforcement officers participating in this investigation or through first-hand information developed by myself.

2. **Extent of information included herein.** The information set forth herein is not every fact known to date in this investigation. I make this affidavit in support of probable cause for the issuance of a Complaint against William Theodore Nicely, aka "BJ" Nicely, on the charge of Enticement, under 18 U.S.C. § 2422(b).

## Investigation Background.

3. **Background of the case.** The victim in this matter was a 15 year-old juvenile female, at the time of the offense, who will hereafter be referred to as "Jane Doe" or "J.D." J.D. is the biological daughter of William Kahl (Kahl). William Theodore Nicely, aka "BJ" Nicely (Nicely), is the 26 year-old, adult son of Kahl. J.D. and Nicely are biological half siblings. At the time this incident occurred, all parties lived in Batavia (Jefferson County), Iowa. Kahl

1

moved to Iowa from Pennsylvania in approximately August of 2012 to work a construction job. Kahl's family, including J.D., Nicely, and other family members, moved to Iowa with Kahl. Originally, all parties shared the same residence. Eventually, Nicely obtained his own residence, within close proximity to Kahl's.

4. **Inappropriate relationship.** In or about late October 2013, Kahl began noticing certain things and heard about inappropriate behavior between Nicely and J.D. Kahl was contacted by a fellow member of his church, who told Kahl he saw J.D. and Nicely holding fingers together during one of the recent prayer services. Immediately after being made aware of this information, Kahl confronted Nicely. Although Nicely initially denied any inappropriate relationship between himself and J.D., Nicely eventually admitted his involvement in a sexual relationship with J.D.; in part, in telephone/text conversations with Kahl. Kahl identified his cellular telephone number and Nicely's cellular telephone. During Kahl's conversations with Nicely about his sexual involvement with J.D., Kahl asked Nicely if J.D. was still "pure" and Nicely replied, "No." At about the same time, Nicely was also confronted about the relationship by Kahl's sister, Hazel Kahl (Hazel). Nicely also admitted his relationship with J.D., in a text conversation with Hazel. During this text conversation Hazel asked Nicely if he and J.D. went all the way and if J.D. was pregnant. Nicely replied, "Once we did" and "No."

5. **Defendant's move out-of-state.** After Kahl initially confronted Nicely about the relationship, Nicely became despondent and suicidal and drove to a local state park area. Kahl eventually found Nicely at the park and spoke with him. During this contact Nicely reportedly put a gun to the back of Kahl's head. Kahl told Nicely he was not going to report this and the family could work this out. Nicely lowered the gun and threw it in the car. Kahl told Nicely he

(Nicely) had to go back to Pennsylvania and get some help. Nicely eventually left Iowa on or about 10/28/2013 and went back to Pennsylvania. Kahl allowed Nicely to stay in a residence Kahl owned in New Florence, Pennsylvania.

6. **Communications using a facility of interstate commerce.** After he left Iowa, Nicely communicated with J.D. via the Internet, specifically using the social media application/website, Facebook. A review of the Facebook communications between the two showed the following messages, among others:

   a. Nicely to JD on 10-29-2013: "It was not a game if it was I wouldn't still be trying to be with you babe I love you so much you are my world"

   b. Nicely to JD on 10-29-2013: "…love n miss you so much babe I can't wait till I get to see you . . . "

   c. Nicely to JD on 10-29-2013: "Dad says I can't come home till your 18 : ( I hope you nvr forget me n go with someone else or leave me : ( I love you so much so so so much."

   d. Nicely to JD on 10-29-2013: "…wnicely88@gmail.com I love you so much please don't leave me babe."

   e. Nicely to JD on 10-30-13: "I truely do love you I miss you so bad I wanna hear your voice n I love you come outta those sweet soft lips from that beautiful sexy all mine heart : ) my heart is all n only yours n my body is all n only yours : ) I love you babe"

   f. Nicely to JD on 10-30-2013: "I miss you n those tiny pretty feet n toes n sexy legs n amazing torso n huge boobs n beautiful face . . . "

   g. Nicely to JD on 10-30-2013: "IM laying in your bed : ) wish you were here so I could cuddle with you"

   h. Nicely to JD on 10-30-2013: "… I would love you so much : ) n you are my world n btw by world has big juicie breast sexy legs pretty tiny toes super soft skin beautiful face soft sexy voice amazingly beautiful eyes that say hey b I love you so much : )"

   i. Nicely to JD on 10-30-2013: "IM so happy we have a good solid plan : ) …"

3

j. JD to Nicely on 10-30-2013: "... btw im going to start working too so I can get my mustang and get to pa bc they wont let me go if you come get me ill leave them thinking I don't want anything to do with you like they do now and I lied to them . . . ."

k. Nicely to JD on 10-30-2013: "you have no worries btw that's a great idea to lie to them : ) BC it will help us."

l. Nicely to JD on 10-30-2013 (discussing photo sent): "I wish I could tear that skirt off n make you curl your toes ; )"

m. Nicely to JD on 10-30-2013 (discussing what they'd do if she is pregnant): ""I dk way could you do id just come get you n wed runner away I guess."

n. Nicely to JD on 10-30-2013: "You're my happiness my love my world my everything n soon my wife : )"

o. Nicely to JD on 10-30-2013: "I love you my life is yours all yours I will get us set up as best as possible : ) n selling the house is a great start BC of the money for another house for us : )"

p. Nicely to JD on 10-31-2013: "In Ohio only parents children are not allowed to be us we can go thrre to : ) so Ohio or new jersey babe : ) any any one who trys to stop us goes to jail for a hate crime :):):):):) I love this country but only two states allow it tho but still : ) that's awesome if we go to Ohio we can live in the country n you can have horses : ) I love you so so so much this is awesome IM getting more n more convinced we are supposed to be together : ) ..."

q. Nicely to JD on 11-01-2013: "I miss those sexy hips n butt n that gloriously body."

r. Nicely to JD on 11-01-2013: "Wen see you I hold you forever Wen IM alone with you IM gonna kiss you entire body n keep you close to my body as possible including being inside you : ) in the most absolute passionate way possible n I'll savor every second I have with you I love you so so so much I miss you badly"

s. Nicely to JD on 11-02-2013: "I wanna come get you so so so bady I love you so so much"

t. Nicely to JD on 11-02-2013: "The day I come and get you I will be totally complete : ) my heart is in your hands please becareful with it it's very delicate right now I love you so so so so sp much"

u. Nicely to JD on 11-02-2013: "I love you so so so so so much were so close to being together my wife :) I love you"

v. Nicely to JD on 11-04-2013: "I hope I have a seed in your belly :)"

w. Nicely to JD on 11-08-2013: "I hope you don't change you mind"

x. Nicely to JD on 11-09-2013: "Everything is all set up on Canada : )"

y. Nicely to JD on 11-09-2013: "Im here babe im here please look out the window please"

7. **Discovery of the kidnapping.** On the night of November 8, 2013, into the morning of November 9, 2013, Kahl did not see J.D. leave, nor did he see Nicely with her or in the area of their residence. At about 3:00AM, Kahl woke up for some reason and decided to check J.D.'s room. It was at that time he noticed J.D. was gone. Kahl also saw a blanket had been thrown out the window, tied around a gutter and hanging down towards the ground. He later found a duffel bag in the bushes underneath this window. The bag was stuffed with clothes, bibles, and other religious materials. Found in J.D.'s room at this time was a handwritten note asking for forgiveness and also stating in part, "I will come back one day."

8. **Kidnapping.** Kahl never had any indication J.D. would run away. Kahl never provided permission expressly or implied to Nicely or to J.D. for them to leave together. Kahl said he never gave permission in any way for Nicely to take J.D., nor did he give J.D. his blessing to go with Nicely. Kahl made it very clear to them everything which occurred was, "so wrong."

5

9. **The State investigation.** Based upon the initial investigation conducted by the Jefferson County (Iowa) Sheriff's Office, an Arrest Warrant was obtained for Nicely charging him with Sexual Abuse, Third Degree, which is a Class C Felony in the state of Iowa. The Sheriff's Office also entered J.D. into the National Crime Information Center (NCIC) database as a missing person.

10. **The State arrest.** On Thursday March 27, 2014, I was made aware of the location and arrest of Nicely and J.D. in the Roane County, Tennessee, area.

11. **Admissions.** During a post-*Miranda* interview of Nicely by the FBI, subsequent to his arrest, Nicely admitted to having a sexual relationship with J.D., since they moved to Iowa and up until he was apprehended in Tennessee. Additionally, he admitted, while he was living in Pennsylvania, to having repeated contact with J.D., through telephone conversations, texting and exchanging photographs. Some of the photographs they exchanged were nude photographs of one another. Additionally, Nicely admitted to traveling to Iowa to pick up J.D. from her residence, claiming the intent was to take her back to J.D.'s mother's house in Pennsylvania . When interviewed, J.D.'s biological mother claimed to have no knowledge of J.D.'s whereabouts and had not communicated with her. Sometime after Nicely took J.D. from her home, he received a voice mail message from the Jefferson County (Iowa) Sheriff's Office advising him they issued a warrant for his arrest for sexual assault of a minor. Nicely, not wanting to go to jail, decided to take J.D. to Tennessee where a friend's father lived. Nicely traveled to Iowa and on to Tennessee with several guns he owned. Nicely also admitted to having a sexual relationship with J.D., since they moved to Iowa and up until he was apprehended in Tennessee.

12. **Victim Statements.** During a forensic interview of J.D., she admitted to being involved in a sexual relationship with Nicely, at least, while in Iowa. She also admitted to Nicely having videotaped at least one of their acts of sexual intercourse, while in Tennessee, utilizing his laptop computer, which was located at the residence where Nicely and Kahl were found. J.D. also admitted she took nude photographs of herself with her phone, but she said she was unsure if she sent them to Nicely or not.

13. **Illegal sex acts.** Tenn. Code § 39-15-302 makes it class C felony for a person to engage in sexual penetration of his "brother or sister of the whole or half-blood or by adoption." Tenn. Code § 39-13-506 makes it a crime for a person at least four years older than a victim between fifteen and eighteen, but less than ten years older, or at least ten years older than a victim between fifteen and eighteen, to engage in unlawful sexual penetration of the victim. 18 Pa. C.S.A. § 4302 creates the crime of incest of a minor when a person has sexual intercourse with a sister of the whole or half blood, and the minor is thirteen to eighteen years of age, and the defendant is more than four years older than the victim. Iowa Code § 709.4 makes it sex abuse in the third degree for a person to perform a sex act with a fifteen year old who is related to the other person by blood or affinity to the fourth degree. Thus, it was illegal in the state where Nicely was residing, the state where J.D. was residing, and the state to which they travelled, for the two of them to have sexual intercourse.

14. Based upon the foregoing, there is probable cause to believe William Theodore Nicely, aka "BJ," used an instrumentality or means of interstate or foreign commerce, namely the Internet and Facebook, to knowingly persuade, induce, or entice J.D., who had not attained

the age of 18, to engage in a sexual activity for which any person can be charged with a crime, or attempts to do so.

Dated August 14, 2014.

Thomas J. Reinwart
Special Agent, Federal Bureau of Investigation

Subscribed to and sworn before me this 14th day of August, 2014.

Ross A. Walters
U.S. Magistrate Judge